IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-01726-PAB-MJW

AURORA FRATERNAL ORDER OF THE EAGLES & AUXILIARY AURORA,

    Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and
THE PHOENIX INSURANCE COMPANY,

    Defendants.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO
DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**
_____

    This matter comes before the Court on plaintiff's Motion to Dismiss Defendant Travelers Property Casualty Company of America Without Prejudice [Docket No. 26]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Motion to Dismiss Defendant Travelers Property Casualty Company of America Without Prejudice [Docket No. 26] is GRANTED. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted against defendant Travelers Property Casualty Company of America are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

    DATED October 6, 2014.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge