IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01726-PAB-MJW

AURORA FRATERNAL ORDER OF THE EAGLES & AUXILIARY AURORA,

Plaintiff(s),

v.

THE PHOENIX INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Motion to Withdraw Appearance of John M. Owen as Counsel for Plaintiff (Docket No. 39) is granted.  John M. Owen, Esq., is thus withdrawn as counsel for plaintiff in this case.

Date: February 20, 2015