IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01726-PAB-MJW

AURORA FRATERNAL ORDER OF THE EAGLES & AUXILIARY AURORA,

Plaintiff(s),

v.

THE PHOENIX INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　　It is hereby ORDERED that the Motion to Withdraw as Counsel for the Phoenix Insurance Company (Docket No. 52) is granted.  Jonathan M. Allen, Esq., is thus withdrawn as counsel for defendant in this case.

Date: May 1, 2015